No. 1025. Comer v. Washington. Jurisdictional statement submitted May 12, 1934. Decided May 21, 1934. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Fisher* v. *New Orleans,* 218 U.S. 438, 440; *Seattle & Renton Ry.* v. *Linhoff,* 231

U.S. 568, 570; *Enterprise Irrigation District* v. *Canal Co.,* 243 U.S. 157, 165, 166; *Hebert* v. *Louisiana,* 272 U.S. 312, 316, 317; *American Ry. Express Co.* v. *Kentucky,* 273 U.S. 269, 272, 273. *Mr. Ewing D. Colvin* for appellant. *Mr. John J. Sullivan* for appellee.